# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 SEP 18 P 3: 45

STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

Luanne Marie Kalscheuer

5873 Holscher Road

McFarland, WI 53558

v.

(Full name of defendant(s))

Judge Frank Remington

215 S Hamilton Street

Madison, WI 53703

**18-C-1463**

Case Number:

13 FA 1865

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
(State)

**5873 Holscher Road, McFarland, WI 53558**
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Judge Frank Remington**
(Name)

is (if a person or private corporation) a citizen of **Wisconsin**

Complaint — 1

(State, if known)

and (if a person) resides at ___Not Known___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job) Abuse

worked for ___Judge Frank Remington, Dane Co. Courts.___
215, S Hamilton St.    (Employer's name and address, if known)
Madison, WI 53703
(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

manager
Byron Bishop
manager + Chief Greg Straub, From DWD Civil Rights said I have a right to Sut.

(1) Judge Frank Remington, _____

(2) From the beginning Judge Remington, Let Michael Kalscheur, do Breach of Contract. He did not care what Michael Kalscheur, paid me in maintenance, Nor did he car if he Followed the Law of Wisconsin, "Please see attached" Discrimination conspiracy

(3) When through out the Divorce and still continuing. Judge Remington, says I have enough money to support Michael my x husband & now in his attorny fees. "Please see attached" I have No Savings nothing.

Cont. From No. 3

Judge Remington did the following:

2014   1) took my QDRO's away in 2014 please see attached

2015   2) took $24,000.00 maintenance away - Judge
Remington, said Michael did not have to pay
me nothing "Zero" in a "40" year marriage

2018)  3) want and has a Judgement against
my - Luanne Kalscheur home @ 5873 Holscher Road
McFarlan, WI 53558, of $12051.39 attorney Fees
for his attorney Ginye Murray - Attorny Ginger
Murray knew that Michael Kalscheur was
doing Breach of Contract already in 2014.
She is also, part of the conspiracy - Discrimination

④ where it happened in the Dane County
Court, Madison, WI 53703

⑤ Why - ② Two or more persons do
wrongful doing. Conspiracy - Discrimination
and Breach of Contract. Michael Kalscheur
was an abusive husband and they are
Continuing doing the same.

— Michael Kalscheur lied on his taxes from 2014 - 2018.
Saying he did not have enough income to pay me
Luau Kasher $30,000.00 a year, Neve did he
Contest the amount.

Breach of contract - he should not have bought a home after signing
a marital Agreement (Lau)

June 12, 2018

Case No 13FA1865

Discrimination, Breach of Contract and Male Practice

1) October 2015, Judge Remington stated as I said previously that Michael Kalscheuer would not have to pay Luanne Kalscheuer any income "maintenance" at all. (zero) I Luanne Kalscheuer stated, that cannot happen, we were married forty years. Michael Kalscheuer treated me with abuse in those forty years. My income at the present time is $500.00. I have asked for assistance with Badger Care, State of Wisconsin, health insurance.

2) The one who makes the most income, should support the other. I paid Michael Kalscheuer, his 2,000.00 back of my maintenance every month since December 2015. So he is receiving $24,000.00 a year of my maintenance back to him, which I never received in the first place. **(Breach of Contract)** Reminding you, I Luanne Kalscheuer cannot afford an attorney. It also shows Michael Kalscheuer cannot either.

3) I received a proposed judgement form Attorney ginger Murray, Filed date May 25, 2018. Under case number 13FA1865, Findings and over trial, which states that Michael Kalscheuer has a need for attorney fees, and reviewed my Luanne Kalschuer, financial availability. It states that Luanne kalscheuer Joint peititioner's wife has ability to pay. I do not have the ability to pay anything towards Michael Kalscheuer attorney fees. As it states in our Settlement Agreement, Case No 13FA1865 (VI) **Attorney fees: Each of the parties shall be responsible for his or her own attorney fees, no contribution being required by either party. Discrimination, conspiracy and Breach of Contract.** In our Marital Settlement Agreement, everything that I was to have, has been taken away from me. Michael kalscheuer and Attorney Ginger Murray are asking for $12,051.39 for attorney fees. Dirty hands and Commissioner Asmus states in finding in March 15, 2018. What is Michael Kalscheuer doing with all of his income? He has an income of $62,745.96, he pays me Luanne Kalscheuer $6,000.00 a year in maintenance, $500.00 maintenance a month. $62,745.96-$6,000.00 = 56,745.96

④ Attorney Ginger Murray, also knew that Michael Kascheu, was doing illegal actions + Breach of Contract. Never did she try to Change things to Legal.

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 SEP 18 ꟼ 3: 45

STEPHEN C. DRIES
CLERK

# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Luanne Kulscheuer

5873 Holscher Road

McFarland WI 53558

v.

(Full name of defendant(s))

Attorney Ginger Murray

152 W Johnson Street

Madison, WI 53703

**18-C-1463**
Case Number:

13 FA 1865

(to be supplied by Clerk of Court)

---

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__ and resides at
    (State)

    5873 Holscher Road, McFarland WI 53558
    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant __Attorney Ginger Murray__
    (Name)

is (if a person or private corporation) a citizen of __Your Family Law__
__United States.__

and (if a person) resides at _Un Known_ _____ (State if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Your Family Law -152 W Johnson St._
(Employer's name and address, if known)
#210 Madison
WI. 53703

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

① Who Violated my rights. Attorney Ginger
Murray, Michael Kalscheur + I Luanne Kalscheur,
were Divorce in January 2014. Atty Murray
Knew, Michael Kalscheur, was doing illegal
actions. ① He did not follow, Marital settlement
Agreement. ② Amount to pay of maintenance $2,500.00
or $1,250.00 biweekly, ③ Mike deposited his
Pay roll checks, in our Joint account @ Park Bank
Please see attached papers in file folder.
④ He was to take his checks & Send then to
WI. Sup. ⑤ If Michael Kalscheur, could not
afford like he keeps on crying out to the

1 Cont.

Count. This was a one sided divorce.
I place Michael Kalscheuer, in contempt
but Judge Remington didn't agree
he Just let him go and never said
he owed me my full maintenance

- Once you sign an agreement, that
agreement in a court of Law is binding.
I think Judge Remington, needs
Education in the Wisconsin State
Law.

Attorney Murray, also knew the
consequences this whole conspiracy
Could Cause + with Discrimination.

The threat from Michael Kasheu-
also, was from Atty Ginger Murray
+ Judge Frank Remington, Because
they executed this Taking Away-
★ Started in October 2014.
   a) taking away all QDRO'S
   b) Knowing the illegal actions
      Michael Kalscheue, Atty Murray
      + Judge Remington were + Still
      are doing-
   c) Past due Maintenance  of $19,125.00

which still needs to be paid (ASAP).
Please help on this matter.

d) How illegal can attorney's be, before
someone like Chief Greg Straub,
steps in to play.

e) (2015 year) Modify Maintenance
of $24,000.00 a year started in
December — which left me
$500.00 a month and put me
in poverty —

F) Finally — Year of 2018, michael
Kascheu, asked for his attorney
fees to be paid of $12,051.39.
For Atty Murray —

Now should I really be paying
for these Atty fees of <u>Conspiracy</u>!
Discrimination etc.

Not only this but they have
a Judgment against my Home —
and this makes me Sick, that
this could get to this Extreme —
in a court of the State of
Wisconsin,
over trials, were do, to all

③ when they did - all hearings
④ c the Dane County Court.

⑤ why did they do it -

due to Conspiracy - Discrimination

- Conspiracy is a different
education - This is not what
(God) and the State of Wisconsin
is asking of Public Officers to do.

- I think their Education in
Law belongs in another State -
I'm not sure where.

No one treats me, Luann Koshu
like this, I worked for my ex husban
for many years farming & second Job -
He never paid me a penny in all
of (40) Forty years of Marriage -

This is illegal How this was
all handled -

I am asking for Compensation

on all wrong doing, Breach of
Contract, Negligence, Discrimination
+ a Lot of Conspiracy —

Please do a Federal Law
Suit also against Attorny
Ginger Murray on her illegal
actions — and lack of the
State of Wisconsin Law.

# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 SEP 18 P 3: 45

STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

Luanne Marie Kalscheuer

5873 Holscher Road

McFarland WI 53558

v.

**18-C-1463**

Case Number:

13FA 1865

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Michael Kalscheuer

4705 Ice Pond Road

McFarland WI 53558

---

## A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
(State)

_5873 Holscher Road, McFarland WI 53558_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Michael Kalscheuer_
(Name)

is (if a person or private corporation) a citizen of _Wisconsin_

and (if a person) resides at <u>4705 Ice Pond McFarland WI 53558</u> <sup>(State, if known)</sup>

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

① Who violated my rights - Michael Kascher
through our (40) Forty years of abuse
in many ways, through 2013 of Seperation
+ Divorce to present - of abuse of
Continuing taking every thing away.
threaten my life December 25, 2013
Yelling outside, He was going to take
Everything away & more. Michael Kalhes
took away My grandchildren A■ +R■ Job.
Even Michael's psychiatrist said
Michael was a very Selfish person.

Michael Kaschen, has taken everything away in our Marital Settlement Agreement started in January 2014 through the Present 2018.

Now he wants me to pay his attorney fees of illegal actions and Conspiracy — He also has a Judgement against My Home —

Not one thing was legally done as the Marital Settlement asked For. by Michael Kaschen

Breach of Contract, Negligence, Conspiracy & Discrimination.

Now, Judge Remington, Michael Kaschen, Atty Ginger Murray has Put me Poverty!

②+③ what each defendant do; taken everything away
A) QDRO's                2014
B) $24,000.00 — 2015
C) $12,051.39 attorney fees 2018

④ where it happen -
Dane County Court and on written
documents -

⑤ why they did it -

Conspiracy - Discrimination -

As the Dane County Court
sees Michael Kashen as
Unclean Hands -

I believe Michael Kashen
should seek Canseling on his
actions and behavior problems -

I am asking for my past due
Maintenance of $19,125.00 w/intrest
that is included in this amount -

I am also asking for a one Lump
Sum for all the wrong doing
+ abuse, for taking my grandchilden
Alex + Riley Job away. He needs
to talk with a psychiatrist, regurdey
his behaviors + the above.

*How many x husbands get away with these illegal actions! "40" years of abuse —*

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1??·

OR

*I am not sure IF I picked the correct one. Please change IF needed. Thank you*

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

*Four years Back Pay* $ 19,125.00 *? Plus Cost of Discrimination*

*of Maintenance + Intrest Breach of Contract, Negligence, Conspiracy*

D. RELIEF WANTED ➤ *this is seperate from the Back Maintenance amount,*

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want to be awarded money, due to Discrimination and Cospiracy. I was told by Greg Straub "Chief" DWD Civil Rights, to do a federal Law Suit. My Divorce Luanne Kalscheuer vs. Michael Kalscheuer, was only for Michal Kalscheuer. I want Discrimination to stop + Conspiracy. To learn the words "Breach of Contract". Michael Kalscheuer + Judge Frank Romington do not under stand these words. ① michael K. never paid the correct maintenance of $2,500.00 monthly ② michael Kalscheuer, never Put his payroll checks at Stated in the Marital Settlement Agreement. W.I.S. Sup—He put his payroll Checks from Jan 2014 - In Jointacct. July 2014

— I am going to be writing a book on many Issues —

*This is up to the Federal Law Investigators. But would just like it done Without.*

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_____

_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.