Case No. 13FA1865

September 16, 2018

To: Clerk of Courts, United States District


I am writing this letter to inform you that I have a right to a Federal Law Suit, against Judge Frank Remington.

(Chief) Greg Straub, from DWD, Civil Rights, whom I spoke with on the phone and also received a letter that I have the Right to Have a Federal Law Suit against Judge Frank Remington. (Manager) Byron Bishop, from DWD Civil Rights, also in a written document said to do an appeal.

I would also, like to have a Federal Law Suit on Attorney Ginger Murray, in this case. For Libel and Slander, Conspiracy and Discrimination. Attorney Ginger Murray, knew of all the illegal actions, Michael Kalscheuer, was doing as well of Breach of Contract. Attorney Ginger Murray, was hired in 2014, for Conspiracy. October 2014 is when this started. Please see all attachment's in file folder.

At this time I am unable to pay the $400.00 dollars, due to poverty, but when I win this case, with you and the words of (Chief) Greg Straub and (Manager) Byron Bishop, I will be able to pay you in full.

Michael Kalscheuer, threaten my life on December 25, 2013, while we were separated and divorced on January 13, 2014. He said out loud, yelling at me outside waving his arm at me, that I will take everything away from you, you will have nothing, not even another man.

**I am asking for Compensation, of Breach of Contract, Libel and Slander, Wrongful doing, Negligence.** Back payment of Maintenance of $19,125.00 dollars, from 2014 and 2015. Also, A Large Compensation for all of the above mentioned in this paragraph. I have been abused in this case, Judge Remington, Attorney Murray and Michael Kalscheuer, have put me in POVERTY.

Please see all attachment's and documents in file folder. If you are in need of any other information, please contact me at one of the following, or all:

Thank you for all your help.

Sincerely,


Luanne M Kalscheuer
5873 Holscher Road
McFarland WI 53558
Phone: 608-712-0273
Email: lu.kalscheuer@aol.com