August 2, 2018

Dane County Circuit Court

210 Hamilton Street

Madison WI

2013 Michael Kalscheuer and Luanne Kalscheuer, signed a Marital Settlement Agreement.

Michael Kalscheuer- signed on September 29, 2013

Luanne Kalscheuer- signed on October 10, 2013

2013 December 25th Christmas Eve, Michael Kalscheuer threatened my life, outside my daughter's Home in Evansville, Wisconsin. Michael, stated I will take everything away from you. You will Never have another man in your life, while saying this he was waving his hands at me.

2013 January 13, 2014, Divorce was final with the Dane County Circuit Court, and Judge Remington, as Official. Judge Remington, signed the document of divorce on January 17, 2014.

2014 October- Michael, started taking Marital Settlement Agreement away, his conspiracy started to take effect.

a) **Stipulation and Order for Amendment to Judgement:** Michael Kalscheuer, now has 100% control over his 401K, Pension, Retirement and IRA Accounts. Reminding you, This stipulation was just signed on September of 2013. In this stipulation, it states that As such, as part of the final orders, it was ordered that Luanne would receive one half of Michael's GE 401(K), after deducting the balance of a loan threon; one half of Michael's GE pension plan; and one half of Michael's IRA Account. I Luanne Kalscheuer, never Took out a loan in regards to the above matter. I have no rights to go into Michael's accounts to do this. This statement is **FRAUD!** Michael Kalscheuer, is the only one who would have the rights to take out loans in his accounts.

b) Please see attached legal document, which supports the above information. The stipulation was signed by Michael Kalscheuer, Luanne Kalscheuer, Drafted by: Attorney Ginger Murray and signed by Judge Rank D. Remington.

Continued from page (1)

2014 January 2014, Findings of Fact Conclusions of Law, and Judgment of Divorce, Case No 13FA1865 We are to abide by the law, Michael Kalscheuer, did not abide by the Wisconsin State Law for **Maintenance Payments**.

a) Pursuant to Wis. Stat. S767.265(1), all orders for maintenance and for the annual receiving and disbursing fee under Wis. Stat. S 767.571(le)(a), constitute an assignment of all commissions, earnings, salaries, wages, pension benefits, benefits under Wis. Stat. ch. 102 or 108 lottery prizes that are payable in installments, and other money due or to be due in the future to the **Wisconsin Support Collections Trust Fund (WI SCTF).** The assignment shall be for an amount sufficient to ensure payment under the order, obligation, or stipulation and to pay any arrearage due at a periodic rate not to exceed 50% of the amount of support due under the order, obligation, or stipulation so long as the addition of the amount toward arrearage does not leave the party at an income below the poverty line established under 42 U.S.C. S 9902(2). The assignment shall take effect immediately. I am receiving $6,000.00 from maintenance. This is my (Luanne Kalscheuer, Petitioner) only income. It has been this way for over a month, and I did report this to Attorney, Ginger by email. Attorney Ginger Murray never reported back after I sent this important message.

b) Except as otherwise herein, specifically provided, all payments provided for herein shall commence on January 17, 2014, and shall be made to WI SCTF at Box 74200, Milwaukee, WI 53274-0200 for the use of the person for whom the payments have been awarded. If for any reason the payment in not withheld from Michael L. Kalscheuer's income as provided, Michael L Kalscheuer shall be responsible be responsible for making such payment directly to WI SCTF at Box 74200, Milwaukee, WI 53274-002. All moneys received or disbursement under this section shall be entered in a record kept by WI SCTF or its designee, whichever is appropriate, which shall be open to inspection by the parties to the action, their attorneys, and the circuit court commissioner. ON the first day of each month, WI SCTF or its designee shall charge the account With the monthly amount of said required payments as herein ordered.

c) As Michael Kalscheuer, has taken over all the law regarding Luanne Kalscheuer and Michael Kalschuer's divorce, and is basically taken over Judge Remington's decisions on everything that comes into the Dane County Circuit regarding Luanne Kalscheuer and Michael Kalscheuer's divorce hearings. Michael never abided by the above information, I found him in contempt of Court and everything was dismissed. How does Michael Kalscheuer's illegal actions over ride The State of Wisconsin Laws.

16) Noncompliance: Page (5) of Findings of Act Conclusions of Law, and Judgement of Divorce, dated January 2014. Disobedience of court orders is punishable under ch 785, Stats., by commitment to the county jail or house of correction until the judgement is complied with and the costs and expenses of the proceedings are paid or until the party committed is otherwise discharged, according to law. What was done to Michael Kalscheuer, due to his illegal actions? (nothing). This was signed by Judge Remington, on January 16, 2014.

Continued from Page (2)

a) Noncompliance: January 2014, Michael Kalscheuer, payroll check were deposited in a Joint Account from January 2014 through September of 2015. Also, Michael Kalscheuer, Was not paying the correct amount of $2,500.00 or biweekly of $1,250.00

b) Michael Kalscheuer, shorten maintenance for Luanne Kalscheuer in this time frame, on January 2014 through September of 2015 in the amount of $13, 668.00 plus interest to the present date. Michael Kalscheuer, should have paid this in full during a motion in October of 2015. Filed October 2015. This Affidavit in Support of Order to Show Cause for Contempt and For other Relief. Nothing was done or acknowledge during this hearing. Once again, Michael Kalscheuer prevailed in the not legal law. Meaning, where was Judge Remington? What Michael Kalscheuer, as stated above at the very beginning, he was going take over everything.

c) This Motion Hearing was changed due to Michael Kalscheuer, wanted to decrease Maintenance to Luanne Kalscheuer. So we went from what Luanne Kalscheuer, wanted to the court to see in her Findings, but were dismissed, which findings were 100% true in the court of law. The Findings of Facts, signed by my Luanne Kalscheuer's Attorney John P Louderman III at the time. This Motion Hearing was changed to Michael Kalscheuer's needs to decrease his maintenance to Luanne Kalscheuer. I am so sad to say, that the justice system in the Dance County Circuit Courts are so unlawful in this divorce. I am also, sad to say if this divorce does not get cleaned up with justice, Per Attorney Bakke, that I can pursue a Law Suit to the Dane County Circuit Court, Madison Wisconsin. Per Greg Straub, Chief of the DWD, Civil Rights, stating I can pursue a Law Suit with the Federal Agencies.

2015 Recap of the divorce of Luanne M Kalscheuer vs Michael L Kalscheuer:

1) Michael Kalscheuer, never abided by the law in many ways. Threatened my life in 2013, Maintenance amount, where to send maintenance payroll checks.

2) October of 2015, was able to take all 401(K) Pension, IRA, Retirement away. I only receive if Michael Kalscheuer dies. Fraud in statement that was made, I Luanne Kalscheuer, did not take out any kind of a loan, nor would I have on Michael Kalscheuer's account.

3) October of 2015, Motion to change Maintenance, Judge Remington, did not want Michael L. Kalscheuer, to pay Luanne Marie Kalscheuer nothing. Judge Remington stated Michael you don't have to pay her anything, you can take this down to 0.00 (ZERO). I responded this cannot happen. So they said how about $500.00 and left at that. I have been so abused in this whole divorce, from Judge Remington, Michael Kalscheuer and Attorney Ginger Murray. Not only verbally but in writing.

4) 2015 October in this Motion to change Maintenance Michael Kalscheuer, received $24,000.00 back into his assets.

5) Michael owes Luanne Kalscheuer, $13,668.00 plus interest.

6)Overtrials that Judge Remington and Attorney Ginger Murray and Michael Kalscheuer, keep complaining about regarding Michael Kalscheuer's attorney fees, started way back in 2013. The Hearing Attorney Ginger Murray brought to the table (court) were expensive hearings. They were not due to Luanne Kascheuer, and furthermore, Michael Kalscheuer, should not have hired an attorney, because all he did was unlawful actions before he hired attorney Ginger Murray and after. Miichael Kalsheuer, received another $24,000.00 back into his pocket for cash flow from my maintenance and still complains he can't pay his attorney fees. He took this $24,000.00 from me a year, but cannot make his life cash flow. After, all that so far was given back to him, what is he doing with his income?

These are serious and expensive hearings that Attorney Ginger Murray brought into the Dane County Circuit Court.

2016 I Luanne Kalscheuer, started school, in Guardian Ad Litem, with State Bar of Wisconsin. Michael Kalscheuer, should have paid my education expenses.

2017 April 24th, Judge Remington, states on events, Court Record Entries, that both parties are to exchange Financial and Expense Forms also, our 2017 Taxes. Once again, it took Michael Kalscheuer a year to respond to these matters. This is why I found him in contempt of court.

Several time we went into court and I acknowledge and not Judge Remington or Commissioner Asmuss would find Michael Kalscheuer in contempt of court. Conspiracy. Judge Remington also, found Michael Kalscheuer in contempt of court as I stated on page one due to his illegal actions. Commissioner Asmuss calls Michael Kalscheuer, with unclean hands the way he works the law. Never did Michael Kalscheuer, have to pay any dues, to Luanne Kalscheuer for any wrong doing.

2018 Continued Education, with Madison College in Psychology.

2018 Michael Kalscheuer, is asking me Luanne Kalscheuer to pay for his Attorney fees of $12,051.39. This is a judgement against my property. I think Judge Remington, Attorney Ginger Murray and Michael Kalscheuer, really need to talk with someone regarding conspiracy and illegal actions. I cannot believe what I read and what you are asking of me in supporting my ex-husband. Michael Kalscheuer, is not supporting his ex-wife, like I'm supporting my ex-husband.

2018 I cannot afford to pay Michael Kalscheuer, attorney fees. Furthermore, Judge Remington, Attorney Ginger Murray and Michael Kalscheuer, you have put me in poverty and still think maybe I should sell my home or take out another loan. I will not be paying anything more to Michael Kalscheuer. He has taken my daughter and grandchildren away also. As he states I will take everything away from you. I will not be paying any over trial attorney fees. Ask Michael to take out another loan.

Continued from Page 4

2018 Every Motion Hearing, I made in the Dane County Court System was dismissed. Every court hearing Attorney Ginger Murray made was not. Michael Kalscheuer, has been given everything back. I see conspiracy, discrimination and illegal actions in the divorce of Luanne Marie Kalscheuer and Michael L Kalscheuer.

2018 I will be asking for a new Motion Hearing, with a new Judge and having Commissioner Asmuss, and Judge Frank Remington dismissed of any doing on Case No. 13FA1865.

2018 I spoke with Attorney Hanson, regarding what it would cost me to hire her for maintenance change, she replied $4,000.00. Attorney Hanson, stated I should be treated equal of payments. Michael your hearing cost you, a lot of money for maintenance change. I don't owe you for any attorney fees. I will have to do this on my own, I cannot afford an attorney and either can you Michael Kalscheuer, since you are asking for payment of attorney fees. So please do not ask for me to have an attorney.

2018 I Luanne Kalscheuer, am asking of two amounts. One is for you to pay the back maintenance amount of $13,668.00 and also one lump sum for this divorce to be over. I will not keep paying support to my ex-husband Michael Kalscheuer.

2018 My next motion hearing I hope will not be dismissed and will not over ride by another of Attorney Ginger Murray actions.

2018 At our last hearing of May 2018, I asked Michael to pay for the court hearing and my expenses. These were not even acknowledge and were never paid. When I ask for something from the court and remind you I am now in paralegal I should be hear. Freedom of Speech? But law of Wisconsin. In God We Trust. I don't know why you are treating me this way, but things have to change. I LUANNE MARIE KALSCHEUER, BELIEVE IN THE LAW IN THE STATE OF WISCONSIN.

2018 Once again, I was not treated as an equal. If you cannot afford an attorney, than you try on your own.

2018 Please reread VI Attorney Fees, Marital Settlement Agreement. I take it that we are on our own through any motion hearings either of us makes. Michael Kalscheuer, earnings are over $67,000.00 which is more than he ever made. He states he made less income but actually, I see it as more income. This was in regards to a Motion Maintenance Change he was using in 2015. And this is how he received the $24,000.00 of income of my maintenance, back into his cash flow. YTD earnings for 2018 January through April $22,496.71. Equal Payment between Michael Kalscheuer and Luanne Kalscheuer.

Not only did Michael abuse me in a (40) forty year marriage, but continues to do so, with a judge and an attorney. Forty (40) years is equal pay.

Sincerely, Luanne Kasche

Luanne Marie Kalscheuer



I am on Poverty, Please Schedule hearing as soon as possible
Thanks
LK

August 5, 2018

FILED
AUG 06 2018
DANE COUNTY CIRCUIT COURT

Dane County Circuit Court

210 Hamilton Street

Madison WI

2nd Floor Commissioners Office

Updated from August 2, 2018

Case No 13FA1865

Copies of Attorney Ginger Murray's maintenance payments from Michael Kalscheuer, (Respondent) to Luanne Kalscheuer (Plaintiff). I have investigated all material's that were turned in a hearing with Commissioner Asmus. I have found several mistakes on Attorney Ginger Murrays document of maintenance payments.

1) August 1, 2014 Paystub amount I did not receive the amount of $560.35
2) November 18, 2015 Bank St I did not receive the amount of $116.00
3) November 24, 2015 Bank St I did not receive the amount of $116.00
4) December 1, 2015 Bank St I did not receive the amount of $116.00

Total $908.35

I believe this is called Fraud. When you state in writing that you paid someone this amount.

Judge Remington, Commissioner Asmus, Attorney Ginger Murray, and Michael Kalscheuer, you have put me in poverty. I am asking one more time to be reimbursed for year of 2014 and 2015 through September 26, 2015.

As I stated above, I have investigated again, the documents (maintenance payments) from Attorney Ginger Murray office. My (Luanne Kalscheuer) copies from Park Bank and McFarland State Bank.

In the investigation I show Michael kalscheuer, owing Luanne Kalscheuer, as follows:

1) January 2014 – December 2014 amount of $8,603.76 plus interest to present
2) January 2015 – September 2015 amount of $6,678.20 plus interest to present

Plus interest 5 years 4 years of inte

I made a mistake on calculation of $13,668.00 the total is more plus the interest.

This payment must be paid in full immediately. Otherwise it will be filed as male practice, breach of contract and negligence. As Commissioner Asmus states Michael Kalscheuer has unclean hands.

I believe, there is a conspiracy between, Michael Kalscheuer, Judge Remington, Attorney Ginger Murray.

Michael Kalscheuer lied in court, stating he did not threatened my life, but he did. You have taken his side on everything. Dishonesty isn't the answer to solve problems Attorney Ginger Murray, with your maintenance documents.

Please See attached

*Atty Ginger Murray.*

*From January 2014 – July 31, 2014 check went into Michael + Susan Kashun our Joint account*

| Date | source | amount | exhibit | ck no | McF Statement |
|---|---|---|---|---|---|
| 1/3/2014 | sears | $343.02 | P't Ex A | | |
| 1/3/2014 | GE | $517.41 | P't Ex A | | |
| 1/10/2014 | GE | $454.30 | P't Ex A | | |
| 1/17/2014 | GE | $573.42 | P't Ex A | | |
| 1/17/2014 | sears | $664.64 | P't Ex A | | |
| 1/24/2014 | GE | $441.80 | P't Ex A | | |
| 1/31/2014 | GE | $420.74 | P't Ex A | | |
| 1/31/2014 | sears | $436.79 | P't Ex A | *435.79* | |
| 2/7/2014 | GE | $420.73 | P't Ex A | | |
| 2/14/2014 | GE | $420.73 | P't Ex A | | |
| **2/14/2014** | **sears** | **$434.77** | | | |
| 2/21/2014 | GE | $405.77 | P't Ex A | | |
| 2/28/2014 | sears | $344.29 | P't Ex A | | |
| 2/28/2014 | | $405.77 | P't Ex A | | |
| 3/7/20 | | $421.03 | P't Ex A | | |
| 3/14/2 | | $420.73 | P't Ex A | | |
| 3/21/20 | | $420.73 | P't Ex A | | |
| 3/28/20 | | $512.05 | P't Ex A | | |
| 4/4/201 | | $487.33 | P't Ex A | | |
| 4/11/20 | | $441.85 | P't Ex A | | |
| 4/18/20 | | $449.47 | P't Ex A | | |
| 4/25/20 | | $449.46 | P't Ex A | | |
| 5/2/201 | | $449.47 | P't Ex A | | |
| 5/9/201 | | $449.46 | P't Ex A | | |
| 5/15/201 | | $449.46 | P't Ex A | | |
| 5/23/201 | | $419.39 | P't Ex A | | |
| 5/30/201 | | $456.97 | P't Ex A | | |
| 6/6/2014 | | $449.48 | P't Ex A | | |
| 6/13/201 | GE | $498.75 | P't Ex A | | |
| 6/20/2014 | GE | $664.36 | P't Ex A | | |
| 6/27/2014 | GE | $398.59 | P't Ex A | | |
| 7/3/2014 | GE | $695.45 | P't Ex A | | |
| 7/11/2014 | GE | $338.86 | P't Ex A | | |
| 7/18/2014 | GE | $461.48 | P't Ex A | | |
| 7/25/2014 | GE | $461.48 | P't Ex A | | |
| 8/1/2014 | GE | $560.35 | paystub | | |
| 8/7/2014 | GE | $400.00 | P't Ex A | 1000 | |
| 8/14/2014 | GE | $461.52 | P't Ex A | 1001 | |
| 8/21/2014 | GE | $461.48 | P't Ex A | 1002 | |
| 8/28/2014 | GE | $451.48 | P't Ex A | 1003 | *461.48* |
| [redacted] | GE | $461.48 | P't Ex A | 1004 | |
| **9/11/2014** | | **$461.48** | | **1005** | |
| **9/18/2014** | | **$461.48** | | **1006** | |
| **9/25/2014** | | **$461.48** | | **1007** | |
| 10/2/2014 | GE | $461.48 | P't Ex A | 1008 | |

*Ginger Murray spread sheet on Michael's Payments.*

*paystub Never Re- $560.35*

*It does not show where these amount came from*

*This is Atty Ginger Murray's Paper work on Michael Kashun maintenance Payments.*

| 10/10/2014 | GE | $461.48 | P't Ex A | 1009 | |
|---|---|---|---|---|---|
| 10/17/2014 | GE | $461.48 | P't Ex A | 1011 | |
| 10/24/2014 | GE | $461.48 | P't Ex A | 1012 | |
| 10/31/2014 | GE | $461.48 | P't Ex A | 1013 | |
| 11/7/2014 | GE | $461.48 | P't Ex A | 1014 | |
| 11/13/2014 | GE | $461.48 | P't Ex A | 1015 | |
| 11/21/2014 | GE | $461.48 | P't Ex A | 1016 | 11/21/2014 |
| 11/28/2014 | GE | $461.48 | P't Ex A | 1017 | 12/1/2014 |
| 12/5/2014 | GE | $461.48 | P't Ex A | 1018 | 12/8/2014 |
| 12/12/2014 | GE | $461.48 | P't Ex A | 1019 | 12/15/2014 |
| 12/18/2014 | GE | $461.48 | P't Ex A | 1020 | |
| 12/26/2014 | GE | $461.48 | P't Ex A | 1021 | 12/19/2014 |
| 12/31/2014 | GE | $461.48 | P't Ex A | 1022 | 1/2/2015 |
| 1/8/2015 | GE | $461.48 | P't Ex A | 1023 | 1/21/2015 |
| 1/15/2015 | GE | $451.48 | P't Ex A | 1024 | 2/10/2015 |
| 1/19 2015 | | $451.48 | | 1025 | 1/27/2015 |
| 1/27/2015 | GE | $451.48 | P't Ex A | 1026 | 2/3/2015 |
| 2/6/2015 | GE | $451.48 | P't Ex A | 1027 | 2/10/2015 |
| 2/13/2005 | GE | $451.48 | P't Ex A | 1028 | 2/17/2015 |
| 2/19/2015 | GE | $451.48 | P't Ex A | 1029 | 2/23/2015 |
| | | $451.48 | | 1030 | 2/27/2015 |
| 3/6/2015 | GE | $451.48 | P't Ex A | 1031 | 3/9/2015 |
| 3/13/2015 | GE | $451.48 | P't Ex A | 1032 | 3/16/2015 |
| 3/19/2015 | GE | $451.48 | P't Ex A | 1033 | 3/23/2015 |
| 3/27/2015 | GE | $451.48 | P't Ex A | 1034 | 3/30/2015 |
| 4/3/2015 | GE | $451.48 | P't Ex A | 1035 | 4/6/2015 |
| 4/10/2015 | GE | $451.48 | P't Ex A | 1036 | 4/13/2015 |
| 4/17/2015 | GE | $451.48 | P't Ex A | 1037 | 4/20/2015 |
| 4/24/2015 | GE | $451.48 | P't Ex A | 1038 | 4/27/2015 |
| 5/1/2015 | GE | $451.48 | P't Ex A | 1039 | 5/11/2015 |
| 5/8/2015 | GE | $451.48 | P't Ex A | 1040 | 5/11/2015 |
| 5/15/2015 | GE | $451.48 | P't Ex A | 1041 | 5/18/2015 |
| 5/15/2015 5/22/15 | GE | $451.48 | P't Ex A | 1042 | 5/26/2015 |
| 5/29/2015 | GE | $451.48 | P't Ex A | 1043 | 6/1/2015 |
| 6/5/2015 | GE | $451.48 | P't Ex A | 1044 | 6/8/2015 |
| 6/12/2015 | GE | $451.48 | P't Ex A | 1045 | 6/15/2015 |
| 6/19/2015 | GE | $451.48 | P't Ex A | 1046 | 6/22/2015 |
| 6/26/2015 | GE | $451.48 | P't Ex A | 1047 | 6/29/2015 |
| 7/6/2015 | | $451.48 | | | |
| 7/10/2015 | GE | $451.48 | P't Ex A | 1049 | 7/13/2015 |
| 7/17/2015 | GE | $451.48 | P't Ex A | 1050 | 7/20/2015 |
| 7/24/2015 | GE | $451.48 | P't Ex A | 1051 | 7/27/2015 |
| 7/31/2015 | GE | $451.48 | P't Ex A | 1052 | 8/3/2015 |
| 8/6/2015 | GE | $451.48 | P't Ex A | 1053 | 8/10/2015 |
| 8/14/2015 | GE | $451.48 | P't Ex A | 1054 | 8/17/2015 |
| 8/24/2015 | GE | $451.48 | P't Ex A | 1055 | 8/24/2015 |

court ordered $30,000.00 a year —

| 8/31/2015 | GE | $451.48 | P't Ex A | 1056 | 9/1/2015 |
|---|---|---|---|---|---|
| 9/8/2015 | GE | $451.48 | P't Ex A | 1057 | 9/8/2015 |
| 9/13/2015 | GE | $451.48 | P't Ex A | 1058 | 9/14/2015 |
| 9/18/2015 | GE | $451.48 | P't Ex A | 1059 | 9/21/2015 |
| 9/26/2015 | GE | $451.48 | P't Ex A | 1060 | 10/5/2015 |
| | | $451.48 | | 1061 | 10/6/2015 |
| | | $451.48 | | 1062 | 10/13/2015 |
| | | $451.48 | | 1063 | 10/19/2015 |
| | | $451.48 | | 1064 | 10/26/2015 |
| | | $451.48 | | 1065 | 11/6/2015 |
| 11/18/2015 | | $116.00 | bank st' | 1066 | 11/16/2015 |
| 11/24/2015 | | $116.00 | bank st' | 1067 | 12/1/2015 |
| 12/1/2015 | | $116.00 | bank st' | 1068 | 11/24/2015 |
| Amt. pd. Direct | | $46,493.14 | | | |
| 7/15-12/30/2015 pd wage assignment | CS report | $500.00 | | | |
| | | | | | |
| Support ordered 1/17/14-7/15/15 | FF,CL,JD p.2 | $45,000.00 | | | |
| 7/15-12/1 crt order | 12/1/15 order | $ 2,750.00 | | | |
| Amount owed per court orders | | $47,750.00 | | | |
| underpayment | | $756.86 | | | |

Did not Rec until Oct 5th

$3200

11/6/18

Did not Rec -1066 ✓# 1067 ✓ 1068 ✓

11-18-2015
11 24-2015
11 1-2015

Atiorney Murray Exhibit on Checks Michael wrote in Maintenance from January 2014 through Sept 26, 2015

1) date August 1, 2014 $560.35 Pay stub - I never received. this will show on my document from McFarland State Bank. the amounts I received, this amount is not on statement -

2) dates 11-18-2015, 11-24, 2015 12-1-2015 each of $116.00
— Lies — Lie
Lie

November of 2015 I only received Check No. 1065 on 11-6-2015 for $451.48 this was the only payment that month of November 2015. Please see McFarland State Bank statement printout.

So I never rec.

$560.35
$116.00
$116.00
$116.00
$908.35

Atty Murray says he paid this amount - My Bank Statement show NO

August 18, 2018

Judge Colas

Dane County Circuit Court

215 Hamilton Street

Madison WI 53703

Dear Judge Colas,

I am writing to you, regarding Judge Frank D Remington's actions on Divorce of Luanne Marie Kalscheuer and Michael Linus Kalscheuer, Date of divorce January 13, 2014. Case No.13 FA 1865.

Michael Kalscheuer, and Attorney Ginger Murray, contested to the QDRO's on October 29, 2014. Michael Kalscheuer, had (3) three different times to contest Stipulation regarding Marital Settlement Agreement.

a) First, on September 29, 2013, when Michael Kalscheuer, signed the Stipulation.
b) Second, January 13, 2014 at Final Divorce Hearing.
c) Third, January 15, 2014 when Marilyn Dregler, sent Michael Kalscheuer, a letter to **contest or not to contest** the Divorce Marital Settlement Agreement. Michael Kalscheuer, DID **NOT CONTEST** the Marital Settlement Agreement nor did he show for final divorce hearing.

1) August 16, 2016, notes regarding actions of wrong doing. Where it says, please see attached document, you will have to go to court records, due to I am unable to afford any more copies to anyone due to poverty. I have given several copies, to the Dane County Courts in the past years and months 2018. Judge Remington, has cost me a lot of loss in income and has now put me in poverty. I am currently told, by (Chief) Greg Straub, I have a Federal Law Suit against Judge Frank D. Remington. Some of the information signed by Judge Frank D Remington, wording and in writing, was very confusing to many. People such as, clerk of courts with Dane County, and several Attorneys at Law in the State of Wisconsin.
2) Judge Frank D. Remington, said in Modification of Maintenance Court Hearing, on October 2015, that Michael Kalscheuer, did not have to pay Luanne M Kalscheuer, any Maintenance at all. He could take it to Zero if he wished and Judge Remington did so. (I) Luanne Kalscheuer said not that will not happen. Judge Remington only granted (me) Luanne Kalscheuer $500.00 a month of a **(40) forty year marriage.**
3) Micahel kalscheuer, owes Launne Kalscheuer, back pay in maintenance, whether Judge Remington, agrees or not. Michael Kalscheuer, never contested this amount of $2,500.00 or $1,250.00 biweekly. Once again, he had (3) three opportunities to contest the Marital Settlement Agreement. Michael Kalscheuer, has done many illegal actions, from day one regarding the Divorce Settlement Agreement, please see document dated August 16, 2018.
4) Attorney Ginger Murray, is now being investigated, by the Lawyers of Regulations, and being turned into Federal Agency.

5) Michael Kalscheuer, owes over $15,000.00 dollars of back pay maintenance. I have placed Michael Kalscheuer, in contempt several times through 2014 – 2018 on several motions. He is doing the same thing he did when we were married for (40) forty years, not paying when we farmed together. A one sided divorce who are for Michael Kalscheuer, who had everything when he farmed and now again in the divorce, who caused this divorce of abuse.

6) I am asking of Michael Kalscheuer, for everything to be reversed, due to threatening me to sign off on QDRO's and other documentation
7) Compensation from Attorney Ginger Murray, who knew Michael Kalscheuer, was doing illegal actions regarding Marital Settlement Agreement, nor did she care to change these actions to justice.
8) I am also, asking Michael Kalscheuer, for compensation, on abuse on this divorce and putting me in poverty. I never received the correct amount from the beginning of January 2014. Michael Kalscheuer, is responsible for a one lump sum, along with reversing everything back to Luanne M Kalscheuer of the Divorce Marital Settlement Agreement, between Luanne M Kalscheuer and Michael Kalscheuer of January 13, 2014.
9) Compensation from Judge Frank D Remington, for the continuing actions as written on document August 26, 2018 and illegal actions that he knew to that Michael Kalscheuer has done and continues to do.
10) Who would even think of asking Luanne M Kalschuer, to pay Michael Kalscheuer's attorney fees? Another illegal action, was when Attorney Ginger Murray stated in findings that Luanne M Kalsheuer, has enough income to support Michael Kalscheuer illegal actions or bad habbits. This was a lie!! I have supported Michael Kalscheuer for over (40) forty years and it's going to stop!
11) We need justice in this divorce, and this is why (Chief) Greg Straub said I have a Federal Law Suit, papers were sent to me recently by mail.

I will be forwarding a copy to the following people. You have a chance take care of all above.

cc: Attorney Ginger Murray
cc: Federal Agencies

Please, let me know by August 28, 2018, when all will be accomplished. There are no need for anymore hearings, due to Judge Frank D Remington and Commissioner Asmus, one sided divorce of Michael Kalscheuer or (Discrimination) against Luanne M Kalscheuer. Once again, I am living on $500.00 a month.

Sincerely,

Luanne Marie Kalscheuer

August 27, 2018

RECEIVED

AUG 27 2018

DANE COUNTY CIRCUIT COURT

Judge Frank Remington
Dane County Circuit Court
215 S Hamilton Street
Madison, WI 53703

Case No. 13FA1865

Findings on Marital Settlement Agreement, dated January 13, 2013.

**Evidence: Contract default, Payment is due in full until legally changed in court. Contract is a binding between, two or more individuals. The Dane County Court, changed this Marital Settlement Agreement on December 1, 2015. Which means, that Joint Petitioner, Michael Linus Kalscheuer, is liable to pay all back pay maintenance, plus 5.5% interest on cost of family living to Joint Petitioner, Luanne Marie Kalscheuer.**

**Evidence III, Marital Settlement Agreement:**

A) Maintenance to Michael Kalscheuer is waived and shall be denied pursuant to sec. 767.59 (C1) (b) Wis. Stats.

B) Michael Kalscheuer, shall pay the amount of Two Thousand Five Hundred Dollars ($2,500.00) per month as maintenance to Luanne Marie Kalscheuer, such payments shall be payable in the sum of One Thousand Two Hundred Fifty Dollars ($1,250.00) biweekly, commencing on the first pay day after the court hearing granting the divorce.

C) Maintenance, shall continue until further order of the court, but shall terminate on the death of either party the remarriage of Luanne M Kalscheuer. Once again, the court legally changed the maintenance on December 1, 2015, which means Michael Kalscheuer, is liable for back pay of maintenance and interest for years 2014 and 2015.

**Evidence:** Michael Kalscheuer, had several times that he could have contested to the Marital Settlement Agreement and anytime in between these dates, or he did not have to sign at all. Dates as follows:

A) September 29, 2013

B) January 13. 2014

C) January 15, 2014

D) Or anytime in between.

Judge Frank Remington, October 29, 2015, you said in the Dane County Court, that Michael Kalscheuer, does not owe Luanne Kalscheuer, any Maintenance, you said Judge Frank Remington, that he could take it to ZERO. I said this cannot happen. Then you said well, Michael how about paying $500.00 a month. Please read on a (40) Forty, year marriage. I gave back my maintenance of $24,000.00, as you Judge Remington requested. Michael Kalscheuer, Attorney Ginger Murray put me in poverty. Judge Remington, you keep saying, Joint Petitioner, Michael Kalscheuer, does not owe Joint Petitioner, Luanne Kalscheuer, back pay in maintenance. You are wrong. Please immediately have Michael Kalscheuer, pay maintenance of
$19, 125.00 this is with interest in full and a one lump sum to end this mess of a divorce.

I have NO MONEY for anything, not even food, I had to take out another credit card to pay for things. I had to quit school due to poverty. What is really happening with this Case Number 13FA1865. As Chief

Greg Strab, from DWD, said to me on the phone, that I have a Federal Law Suit Against you. All paper work, (documents) will be sent directly to them. Please let me know in writing, immediately, if you will try to get back pay of maintenance. These are illegal actions on your part, as well as Michael Kalscheuer, and Attorney Ginger Murray. I have no savings or anything in a bank.

Conspiracy, like Michael Kalscheuer, said from the very beginning.

**Evidence: Statute of Fraud**

Contracts may either be in writing or oral. Whether the contract is oral or in writing, it is equally valid. The Statute of Fraud is a Law that is designed to minimize the possibility of fraudulent behavior in certain types of transactions. Michael Kalscheuer, did FRAUD

**Evidence:** Malpractice, Legal Malpractice Claims on Negligence. Law can occur based on contract, law and breach of fiduciary duty. Attorney Ginger Murray, knew what Petitioner, Michael Kalscheuer, Joint Petitioner signed, nor did she try and make Michael Kalscheuer, pay back late maintenance. Michael Kalscheuer's, taxes show he could make payments in full of $30,000.00 a year, as Marital Settlement Agreement. Contract states in writing, if the attorney violates the terms of that contract, she can be liable for breach of contract, which Attorney Ginger Murray did such as the above statement.

**Evidence:** I spoke directly to, Marilyn Dregler, my attorney at the time of divorce, dated January 13, 2014 and prior to this date. I asked Attorney Marilyn Dregler, in July, 2015, is Michael Kalscheuer, to pay all of his attorney fees, throughout this divorce. She answered YES, indefinite.

**Marital Settlement Agreement dated January 13, 2014.**
**VI Each of the parties shall be responsible for fees, no contribution being required by either party.** No matter what, over trial or not the over trial was due to your conspiracy.

**VIII Execution of DOCUMENTS, now or in the future, on demand the parties agree to execute and deliver any and all documents that may be necessary to carry out the terms and conditions of the agreement.**

Judge Frank Remington, you have made this divorce a big disgrace, in the Dane County Circuit Court System. A few words come to mind, and remember as we keep saying these words of Michael L Kalscheuer on December 25, 2013, **I will take everything away from Luanne M Kalscheuer and he did. You Judge Frank Remington, are you a part of Michael Kalscheuer's conspiracy.**

**Evidence:** Now, to top it all off, Petitioner Michael Kalscheuer, has done all this damage of taking everything away. As a husband Michael Kalscheuer, was an abusive husband.

Now Judge Frank Remington, you think I should pay for Michael Kalscheuer attorney fees of $12, 051.39 and have a judgement against my property. I think we really need to start from the very beginning of this divorce.

**Evidence:** Conspiracy, a combination of two or more persons to commit an unlawful act. Or to commit a lawful act by unlawful means. A conspiracy is to injure another, is an actionable torte. It may also be a criminal offense.

You injured me Luanne Kalscheuer, by putting me in poverty. I am supporting the Petitioner Michael L Kalscheuer, financially. Therefore, since Michael Kalscheuer, did not have to pay Petitioner, Luanne M Kalscheuer, in (40) Forty years of Maintenance, as written in our Marital Settlement Agreement.

In this divorce between, Petitioner Luanne Marie Kalscheuer, and Petitioner Michael Kalscheuer, the income of $24,000.00 was granted to Luanne Kalscheuer not Michael Kalscheuer. Micahel Kalscheuer, is actually receiving $24,000.00 in payments. **This is why I have a federal law suit. We cannot keep this going, this is the last chance to change everything. I have a federal law suit against you Judge Frank Remington. Do you want to change all mistakes? Please let me know by September 4, 2018.**

Finally, I am Petitioner, Luanne M Kalscheuer, am also asking for compensation due to all actions taken on Divorce, dated January 13, 2014, between Michael L. Kalscheuer and Luanne M Kalscheuer. I am requesting One Billion Dollars of **compensation**. I have not been paid properly in the legal Marital Settlement Agreement. Judge Frank Remington, Attorney Ginger Murray, and Michael Kalscheuer all knew that Michael Kalscheuer, was doing illegal actions. When he signed our Marital Settlement Agreement, Michael Kalscheuer was living in a $400.00 rental which in February of 2014 I helped pay after the final divorce January 13, 2014.

Sincerely,

Luanne M. Kasher

Luanne Marie Kalscheuer

cc: Attorney Ginger Murray

I Luane Kasheur, also had to take out a second mortgage.

Reminding you, that I cannot afford an attorny - LK

September 5, 2018

Judge Colas
215 Hamilton Street
Madison WI 53703

Dear Judge Colas,

I received your letter regarding, that you are unable to help in Case No. 13FA1865. This is accepted. Your question in this letter did all parties receive a copy of documents? Yes they did. The only other party who needed a copy was Attorney Ginger Murray.

I have not received any letter or any information back from Attorney Ginger Murray. Therefore, I am sending all information to do a Federal Law Suit as soon as possible.

**Judge Remington, has put me in poverty, but also, where I think he does not care if I even eat. Judge Colas you read all information and you did not care either. This is a one sided divorce for Michael Kalscheuer. Thank you even expected me to pay his attorney fees. What are your thoughts as you read this information?**

**If you notice, Michael Kalscheuer, income of $67,000.00 in 2016 was substantial. He could have easily paid me the full $2,500.00 a month. He said in court in 2015, his income went down, this was not true.**

I am sending this letter also, with all information with the Federal Law Suit.

Let me just remind you of a few things that you as a Judge should have noticed:

1) **40 (Forty year marriage) Wisconsin State Law please read on a 40 (Forty) year marriage.**
2) **QDRO's** were taken away from me, which could have given me some income. in (2014)
3) Back Pay of maintenance of **$19,125.00** with interest from 2014-2015. I still have not received.
4) **$24,000.00** of maintenance taken away in December 2015 a year.
5) **$12,051.39** that Luanne Kalscheuer, should pay Michael Kalscheuer, his attorney fees. The Marital Settlement Agreement, as written we are on our own for attorney fees. This document was written by Attorney Marilyn Dregler. I spoke with Marilyn Dregler regarding attorney fees, she said to me face to face we are on our own as the written document says.
6) Michael Kalscheuer, did not pay one full year of Marital Settlement Contract. BREACH OF CONTRACT, NOR DID COMPLY WITH STIPULATIONS OF CONTRACT. NEGLIGENCE, CONSPIRACY AND DISCRIMINATION. NOR DID HE EVER CONTEST TO THIS CONTRACT.
7) Attorney Murray, said I had enough income to pay Michael Kalscheuer's attorney fees. This was a lie. I hope all is well for all of you, who are reading this information of court papers. Because if I was the Judge or Michael's attorney, I would have quickly change this and reversed everything I could, to make sure things are and should have been done legally. You never let someone who worked so hard in her life, without food and clothing. I have gone to bed hungry and none of you cared. So let us see what the Federal Investigators can do for Luanne Kalscheuer, in this one sided divorce?

8) **I am supporting Michael Kalscheuer in this divorce, as Judge Frank Remington and Attorney Ginger Murray agreed on. As Michael Kalscheuer, said on December 25, 2013, I will take everything away from you and you will never have another man in your life. That was a threat to my life and a conspiracy in our divorce from the very beginning. Michael Kalscheuer, new what he was up to.**

Further More, Just a quick recap on my life style: Maintenance of $500.00

| | |
|---|---|
| 1) Food income | |
| 2) Mortgage | $ 470.24 |
| 3) 2nd Mortgage due to Judge Remington's decision to take everything away. | $ 80.00 |
| 4) Credit Card due to Judge Remington's decision | $6,000.00 |
| 5) Credit card due to Judge Remington's decision | $3,000.00 |
| 6) I am unable to use any lights. | |
| 7) I am on Forward Health due to Michael Kalscheuer and Judge Remington's Decisions. **Do you think that Wisconsin should be paying me my health Insurance? Or should I have received all my maintenance to do so myself.** | |
| 8) I am fortunate that I have health insurance, due to I have a monthly Prescription of. | $ 45.00 |
| 9) Car Payment | $65.00 |
| 10) House insurance | $65.00 |
| 11) Lights and gas summer | $66.00 |
| 12) Phone U S Cellular | $58.00 |
| 13) Village of McFarland Water for Two months | $87.00 |
| 14) Gas for my car monthly | $45.00 |
| 15) Food as I can afford with my credit card | $ |
| 16) Oil change every two or so months | $40.00 |
| 17) I have no cable TV, I do not watch any kind of Television | $0.00 |

18) No computer
19) The only way that I have a Phone is due to my credit card.
20) I had to use all my savings in this past four years due to Michael Kalscheuer And Judge Remington's decision.
21) I had to quit my Paralegal Program of education, with Madison College, Due to the decision of Judge Remington.
22) All of my other monthly expenses are on my credit cards.
23) I am still looking for a job, but this does not rule out a forty (40) year marriage. Michael Kalscheuer, had a contract a legal binding contract. He has been in contempt of court since day one of 2014.

Conspiracy, Negligence and Discrimination have taken place and still being taken place in Court Case NO. 13FA1865.

Finally, I hope God is in your hearts and I hope that no one ever has this happen to them again in a divorce with Dane County Circuit Court. **In God we Trust. I only tell the truth.** This is only one, of the cases going to the Federal Law Suit, from the Dane County Circuit Courts.

Sincerely,

Luanne Marie Laufenberg Kalscheuer

cc: Attorney Ginger Murray
cc: Federal Law Suit

Michael Kalscheuer
4705 Ice Pond Road
McFarland WI 53558

September 13, 2018

Case No. 13FA1865

To who it may concern:

I Luanne Marie Kalscheuer, am writing to you regarding my divorce of: Luanne Marie Kalscheuer v Michael Linus Kalscheuer:

a) On December 25, 2014, Michael Kalscheuer, threaten my life, and said he was going to take everything away. Including he took away my two grandchildren and daughter. He also, said yelling out loud outside, that I will never have another man. Once again, Judge Frank Remington knew of these words.
b) Divorce was finalized on January 13, 2014.
c) On February 2014, Michael Kalcheuer, started paying maintenance, of his **own personal check into our joint account**. He deposited these checks from February 2014 through July 2014.
d) Thank Michael Kalscheuer, sent me a sticky note, saying he will be paying me $451.48 a week, starting August of 2014. **Again, he is paying me with his personal check.**
e) Our Marital Settlement Agreement, in writing and where Michael kalscheuer and Luanne Kalscheuer, both signed. Copies are attached. In this Settlement Agreement, Michael Kalscheuer is to pay $2,500.00 a month or $1,250.00 biweekly. Michael Kalscheuer, has never paid either amounts of maintenance.
f) Michael Kalscheuer, with interest is $19, 125.00 of maintenance owed to me from years 2014 and 2015. Now I could times this by four years that have past, which I probably should be doing.
g) Michael kalscheuer, decided, to pay whatever he wished. He signed the Marital Settlement Agreement, but did not abide by the State of Wisconsin Law. Also, he was to place his payroll amount into the Wisconsin Sup.
h) Breach of Contract, Judge Frank Remington, knew the illegal actions Michael Kalscheuer was taking.
i) Michael Kalscheuer, hired, Attorney Ginger Murray, in July of 2014. Attorney Ginger Murray, knew also, the illegal actions Michael Kalscheuer, was doing.
j) Knowing what Attorney Ginger Murray knew, regarding Michael kalscheuer's actions, she continued to do the same actions. She started taking away everything in the Marital Settlement Agreement.
k) QDRO's 2014-see attached.
l) $24,000.00 of Maintenance in December 2015
m) Judge Remington, said Michael Kalscheuer, did not have to pay me Luanne M Kalscheuer, any Maintenance at all. **(He took the maintenance to Zero) I said this cannot happen.** This was a (40) forty year marriage. I now receive $500.00 in maintenance a month. I am on poverty due to Attorney Ginger Murray, Judge Frank Remington and Michael Kalscheuer.
n) Attorney Ginger Murray, said I have more than enough income to pay for Michael kalscheuer's attorney fees. Attorney Ginger Murray, signed this document of findings, and said she checked all my checking and savings accounts, and it was clear I have enough money to live on and enough money to pay for Michael kalscheuer's, Attorney fees for

Ginger Murray. This was a total lie. His attorney fees of $12,051.39 is a judgment against my home. I find these the most inhumane people who think this way. They have left me on poverty. Michael Kalscheuer, was a very abusive person that I as his wife farmed with, for many years. In one of the court hearings, with Commissioner Asmus, presiding, said that Michael Kalscheuer, could have done perjury. I would like this investigated please, Because, I was told the same thing four years ago. I believe he has money hidden.

Now, I ask you, what kind of justice we are doing, in the Dane County Court, at 215 S. Hamilton Street, Wisconsin, 53703. If this is justice, than anyone can be an attorney or judge.

I have brother, who went through a divorce, and when he did not pay his maintenance, he was picked up and put in prison.

Something is not right with my divorce. How many other men get away with these actions?

I need some knowledgeable people to look into my divorce and please help me to receive my past due maintenance and a one lump sum, to stop everything. I have sent in to Judge Frank Remington, a Judgement, against Michael Kalscheuer, in the amount of $19,125.00 of maintenance. Judge Frank Remington, never responded back to me.

One Lump Sum, is I think manageable due to all mistakes and illegal actions. It does not take to be an attorney to see what is going on. CONSPIRACY, DISCRIMINATION, BREAK OF CONTRACT, NEGLIGENCE AND POSSIBLE MORE.

At this time I am unable to pay the $400.00 dollars, but I believe there is a good settlement in this case, that I could pay you when I receive payment.

Thank You for all your help!

Please let me know if I can help with any more information or documentation, to do this investigation.

Sincerely

Luanne Marie Laufenberg kalscheuer

Please See page(3)

Remington, Frank D. | Clark, Colleen

ᴍ Kalscheuer in court with attorney John P. Louderman. Joint Petitioner court with attorney Ginger L. Murray. Atty Louderman filed a mtn to ın expressed his inability to prepare for the hearing today due to difficulty in ı his client. Mrs. Kalscheuer addressed the court. CT granted mtn to ın excused. CT summarized the history of the case. Current issues - ' maintenance and wife's mtn for contempt. Atty Murray argues a substantial and inability to pay. Atty Murray summarized what testimony would be given ɹsband. Ms. Kalscheuer agreed that testimony is not needed from ık. Brief discussion re: proceeding w/o counsel for wife. Michael Kalscheuer -11 marked. CT reviewed the law re: changes in maintenance. CT ɜuer. She does not dispute the change in his Sears income. CT finds there :hange in circumstances. CT allowed Ms. Kalscheuer to ask questions re: :hat husband does not have to continue to provide health ins for wife. Mrs. :ified. Mrs. Kalscheuer marked Ex 12. Exam by Atty Murray. CT questioned amt, if any, maintenance. Ex 13 marked. Atty Murray offered maintenance 'e rejected. Atty Murray offered ex's 1-13. CT received. Final arguments by euer agreed to the $500/mo. CT granted mtn to amend maintenance to ɔf service: July 15th, 2015. CT addressed mtn for contempt. CT suggested ı open to calculate the numbers, considering the offset of the excess 'om the date of the motion to present. CT questioned Mrs. Kalscheuer if she ɜcide if she wants to come back to the court on the contempt mtn. Mrs. ntempt mtn with leave to file in the future. November payment will be made ties. December payment will begin the wage assignment.

Now with $500.00 of Maintenance we can start wage assignment in Dec. 2015 so as you can see Judge Remington did not follow the laws of contract. He knew Michael was paying by personal check and the correct amount.

Remington, Frank D.

3FA001865&countyNo=13&index=0