> This is up to the Federal Law Investigators. But would just like it done without.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_____
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.