

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 NOV -2 A 11: 40

STEPHEN C. DRIES
CLERK

| Order | United States District Court<br>Eastern District of Wisconsin | October 31, 2018<br>Case NO. 18-CV-1463-JPS |
|---|---|---|

**Judge J. P. Stadmueller**

Plaintiff,
Luanne Marie Kalscheuer        V        Judge Frank Remington
                                        Ginger Murray (Attorney)
                                        Michael Kalscheuer

Dear Judge J.P. Stadmueller,

This document is in regards to you dismissing my case (your Order). Case No. 18-CV-1463-JPS (Paragraph 1)
  A) Evidence: Prove my case
  B) Bank Statements-where Michael Kalscheuer, deposited his payroll check, in our joint account, where he still had access to use.
  C) 401K, Pension Retirement, maintenance was taken away, before there was a chance of me receiving.
  D) Judge Remington, as you say, has immunity to this case, it really does not matter, in this situation.
  E) Michael Kalscheuer (ex husband) does not have immunity. Attorney Ginger Murray, does not have immunity, to this case.
  F) Evidence: when you say you don't need evidence, I think this statement needs to be rethought. In a court of law, evidence, is telling the truth. It shows paper trail of all documents, to have this case settled.

(Paragraph 1 continued) Dates, are so important, in case. This is called evidence. I need justice, and I know I have good people to help me with this.
  A) December 25, 2013, Michael Kalscheuer, on Christmas Day, threatened my life, out in public. You're saying this is ok for him to do Judge J.P. Stadmueller. He said and yelling out loud for all the neighbors to hear waving his arm at me, that he was going to take everything away, and I will not have another man in my life.
  B) December 26, 2013, (I) Luanne Marie Laufenberg Kalscheuer, had a two hour surgery, due to a farm accident on my right leg. I went to the doctor to show this doctor my leg. Her first words were, did your husband do this? I just let go. Michael Kalscheuer, was due to my farm accident. So as you read this, Michael threatened my life the night before my surgery. Do you think these harsh words are normal? I don't think so. I now know he was at fault. So as you say, Michael Kalscheuer, can get away with everything, I am not going to stop actions and free him from relief.
  C) Michael Kalscheuer, never paid from the beginning the correct amount of Maintenance. Judge J.P. Stadmueller, you are also saying this is ok, by dismissing this case. Michael Kalscheuer, took everything away from me, in our Marital Settlement Agreement.
  D) Just so you know this is a conspiracy. Two or more people involved. Atty. Murray, new all that Michael Kalscheuer, was doing wrong. All the illegal actions, by paying any amount he saw fit. Michael Kalscheuer, had several opportunities to contest, the marital settlement

agreement. But he did not even try. You do this before the Divorce Hearing, not in conspiracy with an attorney. (The wrong amount, there should have not been any personal checks, all to Wis Sup.)
E) **October 2014 Atty Murray,** took away QDRO's 401K Pension, Retirement etc.
F) **October 2015 Atty Murray,** took away $24,000.00 dollars of maintenance. Can you see the conspiracy? Discrimination from all of you, has to stop. You cannot treat of marriage of (40) forty years like this. Michael Kalscheuer, should have prison time. He left me with a lousy $6,000.00 dollars.
G) 2017, Michael Kalscheuer, would not hand over his financial statement, or his taxes. I had to fight for these documents for over a year.
H) 2018, You Judge JP Stadmueller, said it's ok for me to pay Michael Kalscheuer, his attorney fees of $12,059.39. I think this statement is in simple terms and Negligence, discriminative, and of conspiracy.

**(Read the ABC's) This is not hard to read as you say in your harsh words. The Wisconsin State Law of marriage a (10) ten year or more marriage, has an amount due to each spouse. I have nothing, to show for a (40) forty year marriage. You say it's ok. I don't think so.**

**This divorce dates back to the early 1800's, where the females gains nothing and the male has all, the way you are treating me. I have taken enough abuse, pains and sufferings, through this divorce. Also, 1920's where female's first were able to vote.**

Freedom Speech- I said only the truth in all my documents. We need to show facts and evidence. Paper Trails of bank statements. The harsh words you have written back to me, J.P. Stadmueller, are unbelievable. Michael Kalscheuer, unlawful acts, as I stated above and in other documents, show of relief. Michael Kalscheuer, has gotten away with all, even prison time.

### (Spiritual Harrassment) Freedom of Speech

All must stop! I do not want to feel, smell or be touched in any spiritual ways. These are Sinful behaviors. **I am an Honor Student in Psychology in Human Relations. (2018) In 2018, I won an appeal due to Spiritual Harrassment. Part of which, was due with poking, smells of smoke etc as I stated above. All was turned in to the correct Wisconsin State areas.**

I am once again, asking for you to reread all my documents I sent you. If you do not think of changing your dismissal, please send me all documents back, for out of State. One thing I do not tolerate, are these actions: Discrimination, Conspiracy and male standards and unlawful actions. There is no JUSTICE in this divorce of in the State of Wisconsin. One Judge mentioned that Michael Kalscheuer, has done perjury. This is a very serious crime. Why would a person, such as Chief Greg Straub, **DWD Civil Rights**. What does Civil Rights mean to you, Judge J. P. Stadmueller? To me it means justice, review of all to show who is right and who is wrong. Decimation on a female, are sinful actions in the State of Wisconsin. WOMEN HAVE RIGHTS, ESPECIALLY WHAT I HAVE GONE THROUGH WITH THE ABUSE FROM MICHAEL KALSCHEUER, AS A HUSBAND.

I will send you the $400.00 dollars to not dismiss this case and do what is needed for justice. To receive my ONE LUMP SUM.

Your words, Judge J.P. Stadmueller, that I should live without essentials are not of justice. I had to quit my education, Social Worker, Paralegal, Psychology, due to Michael Kalscheuer, taking my education away in maintenance. What really bothers me, is your behavior not only in this action, but that I should pay Michael's attorney fees. I am so hurt, by your words. I think Michael Kalscheuer, should seek some counseling not only for his actions but what he has done to me. I personally, have taken the time to speak with a psychiatrist regarding Michael Kalscheuer, harassment, and actions.

A) Television
B) Computer
C) Food, hopefully two meals.
D) No new clothing, unless it's for work purposes
E) Michael Kalscheuer, took away my grandchildren.
F) Lights in my home limited. When I wrote this document, I was using candles, and my telephone light. Is this normal how you treat a woman, spouse, female of a (40) forty year marriage.
G) Heating my home, to the minimum.
H) There are more essentials not listed. I really think you and a few others, don't care if I have heat, food or clothing not even just the essentials.

I paid for our divorce. This divorce was and still is a legal document. You have to abide by this document. When I read what you have written, I am so sad, that you would ok for this to be dismissed.

Please write with explanation on what to do next.

May God Bless you and I hope you believe in God. In God We Trust.

Sincerely,

Luanne Marie Laufenberg Kalscheuer
Email: lu.kalscheuer@aol.com
Phone: 608-712-0273
Address: 5873 Holscher Road
McFarland WI 53558